**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 372 EAL 2019

          Respondent                :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

          v.                            :

                                     :

NATHAN RILEY,                       :

                                     :

          Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 31st day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.